

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2021

No. 04-21-00041-CV

**IN RE** Luis E. **SIFUENTES**, Relator

Original Proceeding

## ORDER

In accordance with this court's opinion of this date, we conditionally grant the petition for writ of mandamus, and order Imelda B. Rodriguez, acting in her official capacity as the Secretary of the City of Eagle Pass to accept relator's application for a place on the ballot in the mayoral election within three business days. *See* TEX. R. APP. P. 52.8(c). The writ will issue only in the event we are informed respondents have failed to comply with this order.

It is so **ORDERED** on February 19, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2021.

_____
Michael A. Cruz, Clerk of Court